IN THE UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: JEREMY Y. HUTCHINSON

Case No.:  4:22-bk-13635

DEBTOR                                                              CHAPTER 13

# EXPARTE PETITION FOR A WRIT OF MANDAMUS AND ALTERNATIVE MOTION FOR EMERGENCY RELIEF

COMES NOW the Debtor, Jeremy Y. Hutchinson, by and through his attorney, Clinton W. Lancaster and for his motion, states:

1. That the Debtor is currently incarcerated in the Pulaski County Detention Center for civil contempt related to his debts.

2. That the Debtor filed for relief under Chapter 13 of Title 11 on December 30, 2022.

3. That the Debtor sought an order from both the state circuit court and the state supreme court seeking his release from incarceration.

4. That the state circuit court judge who incarcerated the debtor refuses to sign the order releasing the Debtor. Pleading further, counsel for the Debtor was told by that judge's chambers that if he could find another state circuit judge to sign the order, then that judge could sign the order releasing the defendant if that judge found the Debtor's motion to be meritorious.  When counsel for the debtor found a state circuit judge who was willing to take up the motion and order releasing the Debtor,

the original state circuit judge refused to allow the motion to be taken up and again refused to sign the order releasing the Debtor.

5. That the state supreme court has ordered responsive filings to the Debtor's emergency petition for release.

6. That the Debtor remains in jail solely for his debts for which he has filed for bankruptcy protection.

7. That the Debtor should not be incarcerated for his debts after filing for bankruptcy protection. He is held exclusively in a debtor's prison in violation of his constitutional rights.

8. That this court should issue a writ of mandamus ordering the Debtor released.

9. That this court should issue an emergency order to release the Debtor from the debtor's prison.

**WHEREFORE**, the Debtor, Jeremy Y. Hutchinson, moves this honorable Court to enter an Order granting him to be released from jail, and for all other just relief to which he may be entitled.

Respectfully Submitted,

/s/ Clinton W. Lancaster
Clinton W. Lancaster
Ark. Bar No. 2011179
THE LANCASTER LAW FIRM, PLLC
P.O. Box 1295
Benton, AR 72018
T: (501) 776-2224
F: (501) 778-6186

clint@thelancasterlawfirm.com

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Motion have been notified by ecf or been mailed to:

| | |
|---|---|
| Mark T. McCarty, Trustee<br>By ecf | Legal Division<br>Dept. of Finance & Admin<br>P.O. Box 1272<br>Little Rock, AR 72203 |
| Legal Division<br>Employment Security Division<br>P.O. Box 2981<br>Little Rock, AR 72203 | Internal Revenue Service<br>Special Procedures<br>P.O. Box 21125<br>Philadelphia, PA 19114 |
| U.S. Attorney (Eastern)<br>P.O. Box 1229<br>Little Rock, AR 72203 | U.S. Attorney (Western)<br>P.O. Box 1524<br>Fort Smith, AR 72902 |

.

And to all creditors and attorneys whose names and addresses are on the creditor matrix.

All done this 30th day of December 2022.

/s/ Clinton W. Lancaster
Clinton W. Lancaster

03322-Hutchinson.Jeremy.2212