United States Bankruptcy Court

Eastern District of Arkansas

| | |
|---|---|
| In re: | Case No. 22-13635-rdt |
| Jeremy Y. Hutchinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 03, 2023 | Form ID: oredefic | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeremy Y. Hutchinson, 111 Bella Rosa Pl., Little Rock, AR 72223-4771 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 05, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clinton W. Lancaster | on behalf of Debtor Jeremy Y. Hutchinson clint@thelancasterlawfirm.com bankruptcy@thelancasterlawfirm.com;jlancaster@jubileebk.net;jennifer@thelancasterlawfirm.com |
| Jennifer M. Lancaster | on behalf of Debtor Jeremy Y. Hutchinson jennifer@thelancasterlawfirm.com bankruptcy@thelancasterlawfirm.com;R58180@notify.bestcase.com |
| Mark T. McCarty | ecfmail@ch13ark.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 4

Form oredefic

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Jeremy Y. Hutchinson
Debtor

Case No.: 4:22-bk-13635
Chapter: 13

## ORDER OF DEFICIENCIES

The document(s) denoted at the bottom of this order must be filed within the specified number of days from the date of the voluntary petition/date of conversion or the case MAY BE DISMISSED.** No hearing shall be held unless requested. If a response to this notice is filed, the Court will set the matter for hearing by subsequent notice. Official bankruptcy forms can be found at www.uscourts.gov.

**Exception: Cases with missing social security numbers(s) will be forwarded to the Assistant U.S. Trustee's office and not automatically dismissed. The event Bankruptcy Events > Miscellaneous > **Request for SSN Modification** should be entered in the case and Official Form 121 e-mailed to: dropbox@areb.uscourts.gov.

Any motion for extension of time to file subject document(s) or objection to the dismissal shall be filed (and served on the trustee) on or before the date the identified document is due. A motion for extension of time to file a creditor mailing matrix shall be filed and served within seven (7) days from the filing date of the voluntary petition, a motion for extension of time to file a statement of intention shall be filed and served within thirty (30) days from the filing date of the voluntary petition, and a motion for extension of time to file any other document identified on this order shall be filed and served within fourteen (14) days from the filing date of the voluntary petition.

If a chapter 13 plan was not filed with the petition, the debtor(s) is/are hereby directed to send the plan and notice of opportunity to object to all parties in interest pursuant to FRBP 2002(b).

PETITIONS FILED WITHOUT SCHEDULES D THROUGH F: If the creditor list filed with the petition was incomplete, the debtor(s) must (1) send 341(a) notice to omitted creditor(s) and (2) file amendment to creditor list (with $32.00 filing fee) listing only creditor(s) omitted from initial creditor list.

NOTICE: If paid in installments pursuant to General Order 32, the filing fee is to be paid in full on or before the date first set for the 341a meeting, unless otherwise ordered by the Court. Failure to pay filing fee when due will result in dismissal of the case unless the court orders otherwise upon proper motion. **No hearing shall be held unless requested. If a response to this notice is filed, the Court will set the matter for hearing by subsequent notice.**

**Due within seven (7) days from the filing date of the voluntary petition:**
N/A

**Due within 30 days from the filing date of the voluntary petition:**

**Due within 14 days from the filing date of the voluntary petition:**

Summary of Assets and Liabilities
Schedules A/B through J, J-2 (if required)
Declaration About an Individual Debtor's Schedules
Disclosure of Compensation of Attorney
Statement of Financial Affairs
Narrative of Plan - Ch 13
Notice of Opportunity to Object - 13
Statement of Current Monthly Income - Ch 13

**Signature block "/s/ *name*" is missing from:**
N/A

**Additional documents missing:**
N/A

Dated: 1/3/23

*Richard D. Taylor*

UNITED STATES BANKRUPTCY JUDGE