IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: JEREMY Y. HUTCHINSON | Case No..: 4:22-BK-13635 |
| DEBTOR | CHAPTER 13 |

## MOTION TO WITHDRAW MOTION

Comes now, Jeremy Y. Hutchinson, the debtor and for his Motion to Withdraw Motion states:

1. That the debtor filed an Exparte Petition for a Writ of Mandamus and Alternative Motion for Emergency Relief on December 30, 2022. *See Doc.* #5.

2. That the debtor wishes to withdraw the Exparte Petition for a Writ of Mandamus and Alternative Motion for Emergency Relief. *Doc.* #5.

WHEREFORE, debtor prays that this Court grant his motion and for all other relief to which he may be entitled.

Respectfully Submitted,

/s/ Clinton W. Lancaster
Clinton W. Lancaster
AR Bar No. 2011179
THE LANCASTER LAW FIRM, PLLC
P.O. Box 1295
Benton, AR 72018
P: (501) 776-2224
F: (501) 778-6186
clint@thelancasterlawfirm.com

03322-Hutchinson.Jeremy.2212