## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

RE:   JEREMY Y. HUTCHINSON                                CASE NO. 4:22-bk-13635
                                                          Chapter 13

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Comes now the Creditor First Security Bank, by and through its attorneys, THE JILES FIRM, P.A., and for its Notice of Withdrawal of Proof of Claim, states as follows:

1.   Pursuant to Fed. R. Bankr. P. 3006, First Security Bank withdraws Proof of Claim 3-1, which Proof of Claim was filed in this case by mistake rather than in its intended case.

**WHEREFORE,** First Security Bank prays that this Court enter an Order withdrawing Proof of Claim 3-1, and awarding First Security any and all other relief to which it may be entitled.

                                                                              Respectfully submitted,

                                                                              THE JILES FIRM, P.A.
                                                                              The Frauenthal Building
                                                                              904 Front Street
                                                                              Conway, Arkansas 72032
                                                                              (501) 329-1133

January 7, 2023                                   By: /s/ Gary D. Jiles
                                                                                 Gary D. Jiles (88-118) and
                                                                                 Matthew K. Brown (2007-135)

                                                                              Attorneys for Creditor,
                                                                              First Security Bank

**CERTIFICATE OF SERVICE**

   I, Gary D. Jiles, do hereby certify that on this 7th day of January, 2023, a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served electronically via the Court's CM/ECF System on the following:

| | |
|---|---|
| Mark T. McCarty, Esq. | Jennifer M. Lancaster, Esq. |
| Chapter 13 Standing Trustee | THE LANCASTER LAW FIRM |
| P.O. Box 5006 | P.O. Box 34407 PMB 26248 |
| North Little Rock, Arkansas 72119 | Little Rock, Arkansas 72203 |

          /s/ Gary D. Jiles
          Gary D. Jiles